United States District Court
Southern District of Texas
**ENTERED**
March 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON MANN | CIVIL ACTION |
| v. | |
| NOBLE DRILLING (U.S.), LLC | NO. 4:23-CV-01975 |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' stipulation of dismissal with prejudice (ECF Doc. 34), this Court hereby ORDERS the action is dismissed with prejudice.

Signed this  27th  day of  March , 2024.

_____

Lee H. Rosenthal

United States District Judge